In the Matter of CLARENCE B. FARRELL, Appellant, against FERDINAND Q. MORTON et al., Respondents.

(Argued September 9, 1935; decided September 9, 1935.)

*Irwin Isaacs* for appellant.

*Benjamin M. Levy* for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.